IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.203.72.199

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/18/2017 14:19:56 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 11/16/2017 05:39:12 | 975A98587CD2FAA4E6B309B31B0C492715A93AB9 | The Ranch Hand |
| 10/30/2017 05:26:57 | FD4E3CFBDD9879F2896436D0ECF5FD40C02971F5 | The Tightest Blonde |
| 09/26/2017 05:57:20 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 09/16/2017 14:28:28 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/16/2017 14:18:42 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 07/19/2017 04:16:46 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

SNY414