**Copyrights-In-Suit for IP Address 69.203.72.199**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 11/18/2017 |
| The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 11/16/2017 |
| The Tightest Blonde | PENDING | 10/28/2017 | 11/07/2017 | 10/30/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 09/26/2017 |
| Piano Concerto | PENDING | 09/15/2017 | 10/11/2017 | 09/16/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 09/16/2017 |
| Definitely Not So Shy | PENDING | 07/15/2017 | 08/30/2017 | 07/19/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 7**